In the Matter of the Application of THE CITY OF NEW YORK, Appellant, to Acquire Real Estate in the Towns of Carmel and Southeast, Required for the Purpose of Croton Falls Dam and Reservoir.

CHARLES A. JUENGST et al., Respondents.

*Matter of City of New York* (*Croton Falls Dam Reservoir*), 160 App. Div. 908, affirmed.

(Argued June 3, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1913, which affirmed an order of Special

Term confirming an award of commissioners in condemnation proceedings.

*Frank L. Polk, Corporation Counsel (I. J. Beaudrias* of counsel), for appellant.

*Henry R. Barrett* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.